

In The

# Court of Appeals

## Seventh District of Texas at Amarillo

No. 07-25-00328-CV

JOSHUA S. WERHANE AND KIMBERLEE S. WERHANE, APPELLANTS

V.

FRANKEL FAMILY TRUST
D/B/A CARROLLTON PARK OF NORTH DALLAS, APPELLEE

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2025-03211-JP, Honorable Robert Ramirez, Presiding

February 20, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ,

Appellants, Joshua S. Werhane and Kimberlee S. Werhane, proceeding pro se, appeal from the trial court's judgment.[1] Appellants' brief was due January 12, 2026, but was not filed. By letter of January 28, 2026, we notified Appellants that this appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE § 73.001.

received by February 9, 2026.  To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam